JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFFANY SHERNAMAN-VINYARD, D. V. (A MINOR), W.V. (A MINOR); M. S-V (A MINOR); K.S. (A MINOR), E. S- C (A MINOR), and THE ESTATE OF KEITH VINYARD,<br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, SHANNON D. DICUS, JEREMY DEAN, MIGUEL CARRILLO, and DOES 1-10, inclusive<br><br>Defendants. | Case No. 5:24-cv-1468 KK (SPx)<br><br>Judge: Hon. Kenly Kiya Kato<br><br>**ORDER TO DISMISS PLAINTIFFS' ENTIRE ACTION AND ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE** |

# ORDER

**UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS ORDERED THAT**:

1. This entire action and all claims of Plaintiffs against Defendants are DISMISSED IN THEIR ENTIRETY WITH PREJUDICE.
2. All parties waive and forego any rights to appeal with respect to any issues, ruling, or orders in this action.
3. All parties shall bear their own attorney's fees and costs in this action.

**IT IS SO ORDERED.**

DATED: September 28, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT COURT JUDGE